## Kittner v. Philadelphia, Appellant, et al.

Argued September 12, 1975. *Louis F.*

*Hinman, III,* and *James M. Penny, Jr.,* Assistant City Solicitors, *Raymond Kitty,* Deputy City Solicitor, *Stephen Arinson,* Chief Deputy City Solicitor, and *Sheldon Albert,* City Solicitor, submitted a brief for appellant; *William G. Adamson,* with him *L. Carter Anderson,* and *Rawle & Henderson,* for appellee.

Order affirmed.